

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| Frank D. McCollum, III, | § | No. 08-13-00318-CV |
| Appellant, | § | Appeal from the |
| v. | § | 101st District Court |
| The Bank of New York Mellon Trust Company. | § | of Dallas County, Texas |
|  | § | (TC# DC-12-02026) |
| Appellee. | § |  |

**O R D E R**

The Court GRANTS the Appellant's Pro Se fourth motion for extension of time to file the reply brief until **November 7, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Frank D. McCollum, III, the Appellant, prepare the Appellant's Pro Se reply brief and forward the same to this Court on or before November 7, 2014.

IT IS SO ORDERED this 22nd day of October, 2014.


PER CURIAM